**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**3rd Amended CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Donovan Harriott                                              CASE # 11-19089 JKO

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the Trustee does not collect the full 10% any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ __793.79__   for months __1__ to __60__;
  B.   $_____ for months _____ to _____;
  C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __4,200.00__   TOTAL PAID $ __1,500.00__
                                Balance Due   $ __2,700.00__   payable $ __450.00__ /month (Months __1__ to __6__)
                                Motion to Value Bank of America $700.00)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

1. _____     Arrearage on Petition Date $_____
                                        Arrears Payment  $_____ /month (Months _____ to _____)
                                        Regular Payment  $_____ /month (Months _____ to _____)

**IF YOU ARE A CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO br 7004 AND lr 3015-3.**

| Secured Creditor | Value Collateral | Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [defined in 507]

1. State of Florida - Child Support Enforcement     Total Due $ __8,018.06__
                                                    Payable  $ __133.63__ /month (months __1__ to __60__)

Unsecured Creditors: Pay $ __588.00__ /month (Months __7__ to __60__).
Unsecured Creditors: Pay $ __138.00__ /month (Months __1__ to __6__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Direct payment to America's Servicing Company (acc# 1061127009287) on property at 7911 SW 8 Court, N. Lauderdale, Florida,  Direct payment to BAC Home Loans (acc# 873766070) for property at: 2711 NW 25 Street, Ft.Lauderdale, Florida.  Direct payment to BAC Home Loans (acc# 873621911) for property at: 3960 NW 30 Terrace, Lauderdale Lakes, Florida.  Direct payment to BAC Home Loans (acc#873702677) for property located at 5220 NW 16 Court, Lauderhill, Florida. Direct payment to Bank of America (acc#68211043889299) for property located at : 5220 NW 16 Court, Lauderhill, Florida.   Direct payment to Bank of America (acc# 68211042768999) for property located at 7911 SW 8 Court, N. Lauderdale, Florida.  Dire3ct payment to Wells Fargo Mortgage (acc# 7080194731725) for property located at 2501 NW 36 Avenue, Lauderdale Lakes, Florida.  Debtor intends to file a Motion to Value Property located at 2501 NW 36 Avenue to strip/satisfy 2nd mortgage of Bank of America (acc#6821105511899).   Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event Debtor's income or tax refund increases, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims

I declare that the foregoing chapter 13 plan is true and correct.

_____                    _____
Debtor                                              Signed by attorney with consent and authority of debtor